IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HERMAN E. LAMB, JR.

    Petitioner,

-vs-

DONALD ENLOE,
Acting Warden

    Respondent.           No. 15-cv-1312-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on March 29, 2016 (Doc. 18), the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice.**

        JUSTINE FLANAGAN,
        ACTING CLERK OF COURT

        BY: s/*Caitlin Fischer*
            **Deputy Clerk**

**DATED:** April 7, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.04.07
15:32:18 -05'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**